## RODRIGUEZ v. STATE.

### No. 23294.

Court of Criminal Appeals of Texas.

Feb. 27, 1946.

W. W. Holland, Jr., of Houston, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted and assessed a penalty of five years in the penitentiary for possessing marijuana.

The record is before us without a statement of facts. No bills of exception have been presented for our consideration. The proceedings appear to be regular.

The judgment of the trial court is affirmed.